| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**Frank S. Hedin, Esq.**<br>Hedin Hall LLP<br>1395 Brickell Avenue, Suite 900<br>Miami, FL 33131<br>Telephone No: 305-357-2107    FAX No: 305-200-8801 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Middle District Of Florida

*Plaintiff:* Philip Amara, et al.
*Defendant:* Regal Cinemas, Inc.

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV03125TPBCPT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice of Designation Under Local Rule 3.05

3. a. Party served:     Regal Cinemas, Inc.
   b. Person served:    Donna Moch, Service of Process Intake Clerk, Caucasian, Female, 45-50 Years Old, Black Hair, 5 Feet 5 Inches, 155 Pounds.

4. Address where the party was served:    CT Corporation
   1200 South Pine Island Rd
   Plantation, FL 33324

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 30, 2019 (2) at: 3:20PM

7. Person Who Served Papers:
   a. Martin Wade
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of FLORIDA that the foregoing is true and correct.

1/1/20
(Date)        (Signature)

8. STATE OF FLORIDA, COUNTY OF  Broward

Subscribed and sworn to (or affirmed) before me on this __1__ day of JANUARY, 2020 by Martin Wade proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Signature)
MARY ROSENDALL
MY COMMISSION # GG102338
EXPIRES May 08, 2021

frehed.202193