# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

| | |
|---|---|
| PHILIP AMARA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> REGAL CINEMAS, INC., <br><br> Defendant. | Case No. 8:19-cv-03125 <br><br> CLASS ACTION <br><br> (DEMAND FOR JURY TRIAL) |

### PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT REGAL CINEMAS, INC. PURSUANT TO FED. R. CIV. P. 55(A)

Plaintiff Philip Amara, individually and on behalf of all others similarly situated, respectfully submits this application for entry of Clerk's default against Defendant Regal Cinemas, Inc. pursuant to Federal Rule of Civil Procedure 55(a).

On December 19, 2019, Plaintiff initiated this action with the Class Action Complaint, alleging that Defendant transmitted autodialed text-message advertisements to his and numerous other similarly situated individuals' cellular telephones, without the requisite prior "express written consent," in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). (ECF No. 1.) The Clerk issued the Summons in a Civil Action the following day. (ECF No. 3.)

On December 30, 2019, Plaintiff duly served (via a non-party process server who was at least 18 years old) copies of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, and Notice of Designation Under Local Rule 3.05 on Defendant (via its registered agent CT Corporation System) pursuant to Federal Rule of Civil Procedure 4(c). (ECF No. 5 (Affidavit of Service); Declaration of Frank S. Hedin ("Hedin Decl."), filed concurrently herewith, ¶ 4 & *id.* n.1, Ex. 1.)

Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant to serve a pleading in response to the Class Action Complaint expired on January 21,

2020, twenty-one (21) days after Defendant was served with the Summons in a Civil Action and Class Action Complaint on December 30, 2019.[1]

As of today's date, January 23, 2020, Defendant has failed to answer or respond to the Class Action Complaint or otherwise defend this action as required by Federal Rule of Civil Procedure 12(a)(1)(A)(i) (and has not even attempted to make contact with Plaintiff's counsel concerning this action), as demonstrated by the record in this action and the Declaration of Frank S. Hedin submitted together herewith. *See* Hedin Decl. ¶¶ 5-6.

Accordingly, Plaintiff Philip Amara, individually and on behalf of the proposed class defined in the Class Action Complaint, respectfully moves for Clerk's entry of default against Defendant Regal Cinemas, Inc. pursuant to Federal Rule of Civil Procedure 55(a). A proposed order entering Clerk's default against Defendant Regal Cinemas, Inc. is attached hereto.

Dated: January 23, 2020

Respectfully submitted,

**HEDIN HALL LLP**

By: /s/ Frank S. Hedin
     Frank S. Hedin

Frank S. Hedin (FBN 109698)
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-mail: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

---

[1] Because January 20, 2020 (21 days from December 30, 2019) was Martin Luther King Jr. Day, a legal holiday, Defendant's deadline to file a responsive pleading extended through January 21, 2020. *See* Fed. R. Civ. P. 6(a)(1)(C).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on January 23, 2020, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- REGAL CINEMAS, INC., C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

/s/ Frank S. Hedin
Frank S. Hedin