# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| PHILIP AMARA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>REGAL CINEMAS, INC.,<br><br>    Defendant. | Case No. 8:19-cv-03125<br><br>CLASS ACTION<br><br>(DEMAND FOR JURY TRIAL) |

## DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT REGAL CINEMAS, INC. PURSUANT TO FED. R. CIV. P. 55(A)

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am one of the attorneys of record for Plaintiff Philip Amara and the proposed class in this action, and I submit this declaration in support of Plaintiff's Application for Clerk's Entry of Default Against Defendant Regal Cinemas, Inc. Pursuant to Federal Rule of Civil Procedure 55(a).

2. On December 19, 2019, Plaintiff initiated this putative class action by filing the Class Action Complaint, which alleges that Defendant transmitted automated text message advertisements to his and numerous other similarly individuals' cellular telephones without the requisite prior "express written consent," in clear violation of violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"). (ECF No. 1.)

3. On December 20, 2019, the Clerk of Court (the "Clerk") issued the Summons in a Civil Action. (ECF No. 3.)

4. On December 30, 2019, a non-party process server (over 18 years old) retained by Plaintiff served copies of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, and Notice of Designation Under Local Rule 3.05 on Defendant, via its registered agent CT

Corporation System, at its registered address 1200 South Pine Island Rd., Plantation, FL 33324, pursuant to Federal Rule of Civil Procedure 4(c).[1] (ECF No. 5 (Affidavit of Service).)

5. To date, neither Defendant Regal Cinemas, Inc. nor its counsel has contacted my law firm or me concerning this action.

6. More than twenty-one (21) days have elapsed since service was deemed complete on Defendant Regal Cinemas, Inc. on December 30, 2019, and Defendant Regal Cinemas, Inc. has to date failed to answer or respond to the Class Action Complaint or otherwise defend this action as required under Federal Rule of Civil Procedure 12(a)(1)(A)(i).

7. Defendant Regal Cinemas, Inc. is not an infant, in the military, or an incompetent person.

Dated: January 23, 2020

Respectfully submitted,

**HEDIN HALL LLP**

By: /s/ Frank S. Hedin
      Frank S. Hedin

Frank S. Hedin (FBN 109698)
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-mail: fhedin@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

---

[1] Records maintained by the Division of Corporations for the State of Florida reflect that CT Corporation System (located at 1200 South Pine Island Rd., Plantation, FL 33324) was registered as Defendant's agent for service of process at the time service was effectuated on Defendant (care of CT Corporation System at the foregoing address) on December 30, 2019. *See* "Detail by Entity Name" for Regal Cinemas, Inc., Division of Corporations for the State of Florida (last accessed January 23, 2020) (reflecting that the foregoing entity located at the foregoing address has been the registered agent for Regal Cinemas, Inc. since "01/08/2003"), a copy of which is attached hereto as **Exhibit 1**.

DECLARATION OF FRANK S. HEDIN IN SUPPORT OF PLAINTIFF'S
APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 23, 2020, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action. I further certify that a true and correct copy of the foregoing is being sent this same date to the persons listed below via prepaid first-class U.S. Mail:

- REGAL CINEMAS, INC., C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

/s/ Frank S. Hedin
Frank S. Hedin