UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP AMARA,

    Plaintiff,

v.                                                                                          Case No: 8:19-cv-3125-T-60CPT

REGAL CINEMAS, INC.,

    Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **REGAL CINEMAS, INC.** in Tampa, Florida on the 23rd day of January, 2020.

ELIZABETH M. WARREN, CLERK

s/<u>LDR, Deputy Clerk</u>

Copies furnished to:

Counsel of Record