# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP AMARA,
    Plaintiff,

v.                                      CASE NO.: 8:19-cv-3125-t-60CPT

REGAL CINEMAS, INC.,
    Defendant.
_____/

### DECLARATION OF LORIE WALKER

I, Lorie Walker, declare under oath that I have personal knowledge of the following facts and can testify to them, if called upon to do so:

1. I am over the age of 18 and competent to give this Declaration. All information contained herein is based upon my personal knowledge.

2. I give this Declaration of my own free will without expectation of reward, and without any undue influence, coercion, or duress.

3. I hold the position of Vice President of Legal Affairs with Defendant, Regal Cinemas, Inc.

4. On December 30, 2019, the Complaint was served on Defendant through its registered agent, CT Corporation. That same day, CT Corporation emailed the Complaint to me.

5. Defendant is a subsidiary of Cineworld Group plc, which is headquartered in the United Kingdom. The General Counsel for Cineworld is located in Israel and is typically involved in the selection of outside counsel for class action cases. Consequently, the Complaint was sent to the General Counsel in Israel.

6.      Due to an oversight, outside counsel was not selected by the January 21, 2019 response date and no responsive pleading was filed.

7.      On or about January 28, 2020, I received an email from CT Corporation that contained the Clerk's Entry of Default. Upon receipt of the Clerk's Entry of Default, I realized for the first time that outside counsel had not been retained and that a responsive pleading had not been filed.

8.      On January 28, 2020, I retained Grant Petersen of the firm, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. to represent Defendant in this matter,

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY, IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY PERSONAL KNOWLEDGE, AND IF CALLED AS A WITNESS, I COULD AND WOULD TESTIFY TRUTHFULLY THERETO.**

Executed this 12th of January, 2020.

_____
Lorie Walker

41785831.1