**Exhibit A**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP AMARA,
    Plaintiff,

v.                                                  CASE NO.: 8:19-cv-3125-TPB-CPT

REGAL CINEMAS, INC.,
    Defendant.
_____/

## DECLARATION OF DENISE DAVIS

    I, Denise Davis, declare under oath that I have personal knowledge of the following facts and can testify to them, if called upon to do so:

    1.    I am over the age of 18 and competent to give this Declaration. All information contained herein is based upon my personal knowledge.

    2.    I give this Declaration of my own free will without expectation of reward, and without any undue influence, coercion, or duress.

    3.    I hold the position of Director of Loyalty with Defendant, Regal Cinemas, Inc. (Regal). As Director of Loyalty, I oversee the SMS process that sends marketing SMS messages or texts to Regal Crown Club ("RCC") members. I review the SMS messages created by my team to ensure they align with Regal's objectives and brand. Each week my team plans and implements RCC member targeting strategies.

    4.    The SMS process since 2015 is as follows:

        A. Individuals sign up for the RCC and receives an RCC card by providing the following information on the Regal website, Regal app, or other Regal

channel: name, email address, password, mobile telephone number, address, birthday and gender.

B. While joining, RCC members can opt-in to receiving texts messages by selecting toggle or online and updating their account profile on a screen that reads: "By selecting this option and tapping "Update Account" below, I consent to receive up to 4 marketing or other text messages per month from Regal Cinemas at the mobile number provided. I understand that this consent is not required to purchase any goods or services from Regal. Text message and data rates may apply. Reply HELP for help, STOP to Cancel. See full SMS Terms & Conditions." RCC members then selects/toggles or checks a box to opt-in after accepting the SMS Terms & Conditions.

C. Once the RCC member opts-in, the RCC member then receives an initial text that reads: "Promotional Alerts. Reply YES to get Regal Cinemas promotional texts. 4 msgs/month. Msg&Data rates may apply. Reply HELP for help. Reply STOP to cancel.

D. If the RCC member replies YES, then the member receives a second text that reads: "Welcome to Regal Cinemas mobile promotions. Your first notification is coming soon. Msg&Data rates may apply. Reply HELP for help. Reply stop to cancel.

E. Within 24 hours of replying YES to the initial text, Regal sends a reward to the RCC member, such as a voucher for a free small popcorn, to the RCC member's RCC card.

2

    F. RCC members who have opted-in receive up to 4 texts per month. Members can opt-out by replying STOP to a text or by contacting customer service for assistance.

    G. Regal uses Movio, as its SMS system. Movio overlays the Regal point of sale system and enables my team to target members by cinema activity, transaction data, movie-going behavior and the like. My team uses filters to target the best audience for a given text message. The filters are used to include and exclude members for the message. The use of the filters enables my team to create a recipient list that my team would like to target.

    H. My team then sets up a campaign and defines the message to be sent and attaches the recipient list for the message. My team then clicks the option to execute the campaign.

    I. Movio has a contract with Click Send and the text message to the targeted recipient list through the Click Send platform. Regal does not have a relationship with Click Send directly.

    J. Regal's SMS system cannot send text messages to RCC member without the intervention of my team in selecting the target recipient list, creating the campaign and text message and clicking the option to execute the campaign.

5. Regal has not and does not send marketing or advertising texts to individuals unless they are RCC members who have opted-in to receiving the texts. If members opts-out by replying to a text, their removal from receiving further texts is instantaneous. If a member calls or e-mails the Customer Relations Department to request to be removed from receiving further texts, the removal takes effect when it is processed, which could take 5-10 days.

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY PERSONAL KNOWLEDGE, AND IF CALLED AS A WITNESS, I COULD AND WOULD TESTIFY TRUTHFULLY THERETO.

Executed this 26th of February 2020.

_____
Denise Davis

41967489.1