UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILIP AMARA,

    Plaintiff,

v.                                      CASE NO.: 8:19-cv-3125-TPB-CPT

REGAL CINEMAS, INC.,

    Defendant.
_____/

## JOINT STIPULATION TO VACATE
## CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(c), Federal Rules of Civil Procedure, Plaintiff, PHILIP AMARA, and Defendant, REGAL CINEMAS, INC. ("Defendant"), by and through their undersigned counsel, file this Joint Stipulation requesting the Court to vacate the Clerk's Entry of Default (Dkt. 8). In support of this Joint Stipulation, Plaintiff and Defendant state as follows:

1. On December 19, 2019, Plaintiff filed a Class Action Complaint in this Court, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 2227 (the "TCPA"). (Dkt. 1).

2. On December 30, 2019, the Complaint was served on Defendant through its registered agent, CT Corporation, thereby making the responsive pleading due by January 21, 2019. As set forth in Defendant's Motion to Set Aside Clerk's Default and Leave to File Responsive Pleading. (Dkt. 10), Defendant did not timely file or serve a responsive pleading due to an oversight.

3. On January 23, 2020, Plaintiff's counsel filed Plaintiff's Application for Clerk's Entry of Default Against Defendant Regal Cinemas, Inc. Pursuant to Fed. R. Civ. P. 55(A) (Dkt. 6). The Clerk entered an Entry of Default that same day. (Dkt. 8).

4. On January 27, 2020, Plaintiff's Application for Clerk's Entry of Default Against Defendant Regal Cinemas, Inc. Pursuant to Fed. R. Civ. P. 55(A) and the Clerk's Entry of Default were served upon CT Corporation by certified mail.

5. On February 10, 2020, Plaintiff filed his Motion for Class Certification and Leave to Take Discovery Prior to Entry of Judgment. (Dkt. 9).

6. On February 13, 2020, Defendant filed its Motion to Set Aside Clerk's Default and Leave to File Responsive Pleading. (Dkt. 10).

7. On February 27, 2020, Defendant filed its Response to Plaintiff's Motion for Class Certification and for Leave to Take Discovery Prior to Entry of Final Judgment. (Dkt. 11).

8. Also, on February 27, 2020, counsel for Plaintiff and Defendant conferred and agreed to enter into this Joint Stipulation to Vacate Clerk's Entry of Default. Further, Plaintiff and Defendant agreed to request the Court to deny Plaintiff's Motion for Class Certification and Leave to Take Discovery Prior to Entry of Judgment as moot, without prejudice to renew at an appropriate time.

9. The decision to set aside or vacate an entry of default is "committed to the sound discretion of this Court." *Leaderstat, LLC v. Abisellan*, 252 F.R.D. 698, 700 (M.D. Fla. 2007); *see also USA Flea Mkt., LLC v. EVMC Real Estate Consultants, Inc.*, 248 F. App'x 108, 111, 2007 WL 2615887, *3 (11th Cir. Sept. 12, 2007) ("[a] district court can set aside an entry of default"); *Singh v. Hopkins Meat Packing, Inc.*, 2008 WL 4922071, *2 (M.D. Fla. Nov. 13,

2008) ("It is well within the discretion of the trial court to set aside an entry of default") (citing *Robinson v. United States,* 734 F.2d 735, 739 (11th Cir. 1984)).

10. **WHEREFORE**, Plaintiff and Defendant respectfully requests that this Court to vacate the Clerk's Entry Default and permit Defendant to file a responsive pleading. Further, Plaintiff and Defendant respectfully requests that this Court deny Plaintiff's Motion for Class Certification and Leave to Take Discovery Prior to Entry of Judgment as moot, without prejudice to renew at an appropriate time.

**DATED:** March 3, 2020.

Respectfully Submitted,

*/s/ Grant D. Petersen*
Grant D. Petersen
Florida Bar Number 378682
E-mail: grant.petersen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone:  813.289.1247
Facsimile: 813.289.6530
*Attorneys for Defendant*

*/s/ Frank S. Hedin*
Frank S. Hedin, Esq.
Florida Bar Number 109698
Hedin Hall LLP
1395 Brickell Ave., Suite 1140
Miami, Florida 33131
Telephone:  305. 357.2107
Facsimile: 305.200.8801
E-mail: fhedin@hedinhall.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ *Grant D. Petersen*
Grant D. Petersen

42032339.1

42036666.1