# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PHILIP AMARA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

REGAL CINEMAS, INC.,

*Defendant*.

CASE NO. 8:19-CV-3125-TPB-CPT

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action against Regal Cinemas, Inc. shall be and hereby is dismissed without prejudice.

Dated: June 11, 2020

Respectfully submitted,

By: /s/ Frank S. Hedin
FrankS. Hedin (FBN: 109698)
1395 Brickell Ave, Suite 1140
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-mail: fhedin@hedinhall.com

*Counsel for Plaintiff*

By: /s/ Grant D. Petersen
Grant D. Petersen (FBN 378682)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
E-mail: grant.petersen@ogletree.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 11, 2020, a true and correct copy of the foregoing was served by electronic service via the Court's CM/ECF service on all counsel or parties of record on the service list in the above-entitled action.

/s/ Frank S. Hedin
Frank S. Hedin